UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 1:24-cr-062 SEP |
| ) | |
| CLINTON DALE RONGEY, ) | |
|     Defendant. ) | |

## MEMORANDUM AND ORDER

    Before the Court is Defendant's Motion to Continue Trial Date (Doc. [31]).  Trial in this matter is currently set for October 21, 2024.  Counsel states a continuance is needed to allow time for counsel to meet with her client and prepare for trial.  The Government does not oppose Defendant's motion, which is accompanied by an executed waiver of the Defendant's speedy trial rights (Doc. [30]).

    For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  Accordingly,

    **IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [31]) is **GRANTED**.

    **IT IS FURTHER ORDERED** that trial in this matter is continued to December 16, 2024, at 9:00 AM, in the Southeastern Division.

    **IT IS FINALLY ORDERED** that the time between October 21, 2024, and December 16, 2024, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

    Dated this 10th day of October, 2024.

                                                                            _____
                                                                           SARAH E. PITLYK
                                                                           UNITED STATES DISTRICT JUDGE